# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : **CRIMINAL NO.** |
| v. | : **FILED UNDER SEAL** |
| **JAMES ROBERT ELLIOTT,** also known as "Jim Bob," | : |
| Defendant. | : |

## GOVERNMENTS' MOTION TO SEAL
## CRIMINAL INDICTMENT AND ARREST WARRANT

The United States of America respectfully moves for this Court to issue an Order directing that the Criminal Indictment, Arrest Warrant, and this Motion to Seal and the accompanying Order to Seal, be placed under seal until further order of the Court. In support of its motion, the Government states as follows:

The government's request for a Criminal Indictment for James Robert Elliott, also known as "Jim Bob," and arrest warrant, is part of an ongoing covert grand jury investigation. At this time, the government requests that the Criminal Indictment, Arrest Warrant, and this Motion to Seal and the accompanying Order to Seal, be placed under seal because they, in substance, are part of, or relate to, this ongoing investigation. More specifically, disclosure of these documents through their inclusion on the public docket would endanger other aspects of the government's ongoing investigation, the destruction of evidence and the safety of potential witnesses. In particular, disclosure might alert individuals who are the subject of investigation of the existence and extent of the investigation, and it might alert these same individuals of the particular methods being used by law enforcement to investigate their criminal activities. As such, disclosure would undoubtedly frustrate the investigation, likely cause some subjects of the investigation to flee

and/or destroy evidence, and could endanger the safety of law enforcement agents and witnesses. Accordingly, these facts present an extraordinary situation and a compelling governmental interest which justify sealing of documents pertaining to this investigation that are being submitted at this time. *See Washington Post v. Robinson*, 935 F.2d 282, 289 n.10 (D.C. Cir. 1991); *United States v. Hubbard*, 650 F.2d 293, 316-17 (D.C. Cir. 1980).

Upon execution of the arrest warrant for James Robert Elliott, also known as "Jim Bob", the charging documents shall be unsealed.

WHEREFORE, for all the foregoing reasons, the government respectfully requests that the Criminal Indictment, Arrest Warrant, and this Motion to Seal and the accompanying Order to Seal, be placed under seal until further order of the Court.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:    /s/ Alexis J. Loeb
ALEXIS J. LOEB
C.A. Bar No. 269895
Assistant United States Attorney
District of Columbia
Captiol Riot Detailee
555 4th Street, NW
Washington, D.C. 20530
Telephone No. (415) 436-7168
Email: Alexis.Loeb@usdoj.gov