## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| v. | : | |
| **JAMES ROBERT ELLIOTT,** also known as "Jim Bob," | : | **FILED UNDER SEAL** |
| Defendant. | : | |

### ORDER

Upon consideration of the Government's Motion to Seal the Criminal Indictment and Arrest Warrant for James Robert Elliott, also known as "Jim Bob," it is hereby

**ORDERED** that the Criminal Indictment, Arrest Warrant for James Robert Elliott, also known as "Jim Bob," and the Government's Motion to Seal, and this corresponding Court Order be sealed until further Order of this Court.

**ORDERED** that notwithstanding the sealing, the government may disclose the criminal indictment and arrest warrant for James Robert Elliott, also known as "Jim Bob", in furtherance of its law enforcement and prosecution needs and discovery obligations.

**ORDERED** that upon execution of the arrest warrant for James Robert Elliott, also known as "Jim Bob", in this case, the charging documents shall be unsealed.

Date: December 15, 2021

_____
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLUMBIA