AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:21-cr-00735 |
| JAMES ROBERT ELLIOTT, | ) Assigned To : Lamberth, Royce C. |
| also known as "Jim Bob" | ) Assign. Date : 12/15/2021 |
| | ) Description: INDICTMENT (B) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   JAMES ROBERT ELLIOTT

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Civil Disorder,
18 U.S.C. §§ 111(a)(1) and (b) - Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon,
18 U.S.C. § 1752(a)(1) and (b)(1)(A) - Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon,
18 U.S.C. § 1752(a)(2) and (b)(1)(A) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon,
18 U.S.C § 1752(a)(4) and (b)(1)(A) - Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon,
40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Capitol Grounds or Buildings.

Date:   12/15/2021                                         *Zia M. Faruqui*
                                                                  Issuing officer's signature

City and state:   Washington D.C.              Zia M. Faruqui, United States Magistrate Judge
                                                                  Printed name and title

---

**Return**

This warrant was received on *(date)* 12/17/21, and the person was arrested on *(date)* 12/20/21
at *(city and state)* Batavia, IL

Date: 12/20/21                                          *[signature]*
                                                                  Arresting officer's signature

                                                                  Barrett J. Rife, Special Agent, FBI
                                                                  Printed name and title