IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 21-CR-735 |
| | ) | |
| vs. | ) | |
| | ) | |
| JAMES ROBERT ELLIOTT | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR ADMISSION OF
## JAMES L. WELSH, III, ESQUIRE, *PRO HAC VICE*

Pursuant to Criminal Local Rule 44.1 (c) & (d), Defendant, James Robert Elliott moves

for the admission and appearance of Attorney James L. Welsh, III *pro hac vice* in the above

captioned case. This Motion is supported by the Declaration of Mr. Welsh filed herewith. As set

forth in James L. Welsh, III's declaration, he is admitted and an active member in good standing

in the following courts and bars for more than five (5) years:

1. The Commonwealth of Pennsylvania; and

2. United States District Court for the Western District of Pennsylvania.

This Motion is supported and signed by Rachel Rodriguez, Esquire an active and

sponsoring member of the Bar of this Court.

Respectfully submitted,

Rachel Rodriguez, Esquire
US District Court Bar No. 501324
Vires Law Group, PLLC
1629 K Street NW Suite 300
Washington DC 20006
202-508-3648
rrodriguez@vireslaw.group

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA   )      Criminal No. 21-CR-735
                             )
        vs.                   )
                             )
JAMES ROBERT ELLIOTT     )
                             )
        Defendant.     )

## DECLARATION OF JAMES L. WELSH, III, ESQUIRE

I, James L. Welsh, III, Esquire, hereby declare:

1.     My name, office address, and telephone number are as follows:

> James L. Welsh, III, Esquire
> 3875 Franklintowne Court
> Suite 130
> Murrysville PA 15668
> 724-519-2122

2.     I have been admitted to the following courts and bars for over five (5) years:

Commonwealth of Pennsylvania and the United States District Court for the Western District of

Pennsylvania.

3.     I am currently in good standing with all states, courts, and bars in which I am

admitted. I have never been subject to discipline nor have been disciplined by any bar to which I

am admitted or otherwise.

4.     I have not been previously admitted *pro hac vice* by this Court, in the last two (2)

years, or otherwise.

5.     I do not have an office located within the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

 

 

_____
James L. Welsh, III, Esquire

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )     Criminal No. 21-CR-735
                         )
        vs.              )
                         )
JAMES ROBERT ELLIOTT     )
                         )
        Defendant.       )

## **CERTIFICATE OF SERVICE**

I certify that on January 11, 2022, a true and correct copy of the within was electronically

filed using the CM/ECF system and thus delivered to the parties of record and in pursuant to the

rules of the Clerk of Court.

_____
Rachel Rodriguez, Esquire