AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| *Plaintiff* | ) |
| v. | ) |
| JAMES ROBERT ELLIOTT, a/k/a "Jim Bob", | ) |
| *Defendant* | ) |

Case No.   21-cr-735 (RCL)

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, JAMES ROBERT ELLIOTT a/k/a Jim Bob

Date:   3/4/22

_____
*Attorney's signature*

James L. Welsh, III, Esquire Pa. 58790
*Printed name and bar number*

3875 Franklintowne Court Suite 130
Murrysville PA 15668

*Address*

jwelsh@thewklaw.com
*E-mail address*

(724) 989-8066
*Telephone number*

(724) 989-2097
*FAX number*