IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 21-CR-735 |
| | ) | |
| vs. | ) | |
| | ) | |
| JAMES ROBERT ELLIOTT | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER OF COURT**

AND NOW, this 13th day of May, 2022, upon consideration of the within Motion, it is hereby ORDERED ADJUDGED and DECREED that Defendant's Motion is hereby granted.

Defendant's house arrest requirement is temporarily suspended from June 11, 2022 until the evening of June 14, 2022 for his wedding and honeymoon. In addition, upon his return to house arrest on June 14, 2022 at 10:00 p.m., Defendant shall be placed on his previous radio frequency monitor to accommodate his employment.

*IT IS FURTHER ORDERED:*

_____
_____

_____ J.
Royce C. Lamberth

3