CO 526 Rev. 5/2018

**RECEIVED**

NOV 0 1 2022

CHAMBERS OF
JUDGE LAMBERTH

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      )
                              )
            vs.               )     Criminal Case No.: 21-cr-735
                              )
James Robert Elliott          )
                              )
                              )
                              )

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant

waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

/s/ Alexis J. Loeb

_____
Assistant United States attorney

Approved:                          Date: 11/2/22

_____
United States District Judge