### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No.: 21-CR-735 (RCL) |
| v. | : | |
| **JAMES ROBERT ELLIOTT,** | : | |
| **Defendant.** | : | |

### UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

Sentencing in this matter is currently set for February 10, 2023, in person. However, the government now anticipates a trial conflict with the hearing date. Having conferred with defense counsel, who does not oppose the continuance, the parties are available during the weeks of April 3, 2023, April 17, 2023, and April 24, 2023. The government respectfully requests that the Court reschedule the sentencing hearing in this matter for one of those weeks. A proposed order follows.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ *Alexis J. Loeb*
ALEXIS J. LOEB
Detailee
Assistant United States Attorney
C.A. Bar No. 269895

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | : | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No.: 21-CR-735 (RCL) |
| | : | |
| v. | : | |
| | : | |
| **JAMES ROBERT ELLIOTT,** | : | |
| | : | |
| Defendant. | : | |
| | : | |

## [PROPOSED ORDER] CONTINUING SENTENCING HEARING

Having reviewed the Unopposed Motion to Continue Sentencing Hearing filed in the above-captioned matter by the United States, it is hereby

ORDERED that the February 10, 2023 sentencing hearing in this matter is rescheduled to April \_\_\_\_, 2023.

SO ORDERED.

Date: January     , 2023

_____
THE HON. ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE