IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 21-CR-735 |
| ) | |
| vs. ) | |
| ) | |
| JAMES ROBERT ELLIOTT ) | |
| ) | |
| Defendant. ) | |

## CONSENT MOTION TO EXTEND BRIEFING SCHEDULE AND TO CONTINUE SENTENCING

AND NOW, comes Defendant, James Robert Elliott, by and through his counsel, The Welsh Law Group LLC and James L. Welsh, III, Esquire and files the within Consent Motion to Extend Briefing Schedule and to Continue Sentencing, the following of which is a statement:

1. Defendant's counsel experienced a medical emergency the weekend of March 26, 2023, and was hospitalized due to his injuries.

2. Defendant's Plea Statement is due March 27, 2023.

3. The Sentencing Hearing is scheduled for April 3, 2023.

4. Due to the fact that Defendant's counsel is scheduled to have surgery on the same day as the Sentencing Hearing, April 3, 2023, Defendant requests this Honorable Court continue the Sentencing Hearing until May 9, 2023 or later with the Briefing Schedule extended one week prior to Sentencing.

5. Counsel for the United States consents to this Motion and has no objection to these requests.

WHEREFORE, Defendant respectfully requests that this Honorable Court grant his Motion and continue the Sentencing Hearing and Briefing schedule.

Respectfully submitted,

The Welsh Law Group, LLC

By: /s/ James L. Welsh, III

James L. Welsh, III, Esquire
PA I.D. #58790
3875 Franklintowne Court
Suite 130
Murrysville, PA 15668
724-519-2122
e-mail: jwelsh@thewklaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 21-CR-735 |
| ) | |
| vs. ) | |
| ) | |
| JAMES ROBERT ELLIOTT ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I, James L. Welsh, III, Esquire, the undersigned, hereby certifies that a true and correct copy of the within Consent Motion to Extend Briefing Schedule and to Continue Sentencing was sent via email this 27 day of March 2023, and served upon the following:

Alexis J. Loeb, Esquire
Assistant United States Attorney
U.S. Department of Justice
District of Columbia
Judiciary Center
555 Fourth St. NW
Washington DC 20530

_____
James L. Welsh, III

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 21-CR-735 |
| | ) | |
| vs. | ) | |
| | ) | |
| JAMES ROBERT ELLIOTT | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER OF COURT**

AND NOW, this ___ day of _____, 2023, upon consideration of the within Motion, it is hereby ORDERED ADJUDGED and DECREED that Defendant's Motion is hereby granted.

*IT IS FURTHER ORDERED:*

_____

_____

_____J.