IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 21-CR-735 |
| ) | |
| vs.   ) | |
| ) | |
| JAMES ROBERT ELLIOTT    ) | |
| ) | |
| Defendant.    ) | |

### ORDER OF COURT

AND NOW, this ___ day of _____, 2023, upon consideration of the within Motion, it is hereby ORDERED ADJUDGED and DECREED that Defendant's Motion is hereby granted.

*IT IS FURTHER ORDERED:*

_____

_____

_____J.