UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

JAMES ROBERT ELLIOTT,

*Defendant.*

Case No. 1:21-cr-735-RCL

### ORDER

It is hereby **ORDERED** that Defendant's Motion [34, 35] to Continue and Extend the Briefing Schedule is **GRANTED**.

It is further **ORDERED** that the sentencing is reset for Tuesday, May 9, 2023 at 12:30 p.m. in Courtroom 15 (in person) before Judge Royce C. Lamberth.

Finally, it is **ORDERED** that the parties shall file their sentencing memoranda by Tuesday, May 2, 2023.

**IT IS SO ORDERED.**

Date: March 29, 2023

Royce C. Lamberth
United States District Judge

1