UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**JAMES ROBERT ELLIOTT,**<br><br>*Defendant.* | Case No. 1:21-cr-735-RCL |

### ORDER

In consideration of defendant's request at the November 3, 2022 hearing and the recommendation in the most recent Pretrial Compliance Report [37], it is hereby **ORDERED** that defendant's conditions of release are modified to add the following condition:

> The defendant must report for a mental health assessment, comply with all treatment recommendations, and sign all required releases of information to obtain and report treatment compliance to the Court.

**IT IS SO ORDERED.**

Date: April 24, 2023

Royce C. Lamberth
United States District Judge

1