IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WASHINGTON, D.C.

UNITED STATES OF AMERICA,

v.

Case No. 21-cr-735(RCL)

JAMES ROBERT ELLIOTT,
          Defendant.

*Let this be filed.*
*Copy to U.S. attorney.*
*Response due in 14 days.*
*Roger C. Trulta*
*U.S. D.J.  2/8/24*

MOTION FOR REDUCTION IN SENTENCE
PURSUANT TO 18 U.S.C. § 3582(c)(2)
BASED ON USSG AMENDMENT 821

    COMES NOW your Defendant, James Robert Elliott, pro se, and hereby moves this court for entry of an order reducing his sentence pursuant to 18 U.S.C. § 3582(c)(2) based on U.S.S.G. Amendment 821, Part B, Subpart 1. In support of his motion, he offers the following:

    1. On June 22, 2023, this court imposed a sentence of 37 months for his violation of 18 U.S.C. § 111(A)(1).

    2. Your Defendant self-surrendered as ordered on July 26, 2023, and has been continuously incarcerated since that date.

    3. Since this court fashioned its sentence in this case, U.S. policy has changed, making your Defendant eligible for a 2-point reduction due to being a first-time offender.

    4. There are no aggravating factors set forth in his pre-sentence investigation report or sentencing transcript that would cause him to be ineligible in accordance with Part B, Subpart 1 of Amendment 821.

    5. Your Defendant has complied with all of the terms and conditions of his pretrial and post-sentence release.

6. Your Defendant has complied with BOP policy and all directives of BOP staff, remaining free of any incident report or any kind of disciplinary action.

7. He has worked full-time on inmate details since arriving at FCI Ashland, and is presently working in Commissary earning positive monthly reviews from his supervisors.

8. He has filed his release plan with his Unit Team, and has the support of family members and friends to ensure that he fully complies with all of the terms and conditions of his supervision.

9. He has spent much time re-evaluating his criminal thinking to change his outlook. He is resolved to have full respect for the law at all times with no justifications or excuses. He is confident that this experience is the only hard lesson he will have to learn as it pertains to his interaction with authorities. He is committed to never doing anything that would possibly get him in trouble again.

RESPECTFULLY SUBMITTED ON THIS 01 DAY OF FEBRUARY, 2024.

James Robert Elliott
Defendant