REGNO..: 01219-506 NAME: ELLIOTT, JAMES ROBERT

FBI NO...........: 3HWPHLD5W DATE OF BIRTH: [redacted] AGE: 26
ARS1.............: ASH/A-DES
UNIT.............: 5 GP QUARTERS.....: G01-013U
DETAINERS........: NO NOTIFICATIONS: NO

FSA ELIGIBILITY STATUS IS: ELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 10-10-2025

FINAL STATUTORY RELEASE FOR INMATE.: 03-10-2026 VIA GCT REL
WITH APPLIED FSA CREDITS.: 40 DAYS
THE INMATE IS PROJECTED FOR RELEASE: 01-29-2026 VIA FSA REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION...........: DIST OF COLUMBIA, DISTRICT CRT
DOCKET NUMBER...................: 21CR735 (RCL)
JUDGE...........................: LAMBERTH
DATE SENTENCED/PROBATION IMPOSED: 06-22-2023
DATE COMMITTED..................: 07-26-2023
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

| | FELONY ASSESS | MISDMNR ASSESS | FINES | COSTS |
|---|---|---|---|---|
| NON-COMMITTED.: | $100.00 | $00.00 | $00.00 | $00.00 |

RESTITUTION...: PROPERTY: NO SERVICES: NO AMOUNT: $2,000.00

-------------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....: 011 18:111 ASSLT/RESIST FED OFFR
OFF/CHG: 18:111(A)(1) ASSAULTING, RESISTING, OR IMPEDING CERTAIN
OFFICERS OR EMPLOYEES.

SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.: 37 MONTHS
TERM OF SUPERVISION............: 24 MONTHS
DATE OF OFFENSE................: 01-06-2021

REGNO..: 01219-506 NAME: ELLIOTT, JAMES ROBERT

-------------------------CURRENT COMPUTATION NO: 010 --------------------------

COMPUTATION 010 WAS LAST UPDATED ON 08-04-2023 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 08-07-2023 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 07-26-2023
TOTAL TERM IN EFFECT............: 37 MONTHS
TOTAL TERM IN EFFECT CONVERTED..: 3 YEARS 1 MONTHS
EARLIEST DATE OF OFFENSE........: 01-06-2021

JAIL CREDIT.....................: FROM DATE THRU DATE
12-20-2021 12-21-2021

TOTAL PRIOR CREDIT TIME.........: 2
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 166
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: 03-10-2026
ELDERLY OFFENDER TWO THIRDS DATE: 08-13-2025
EXPIRATION FULL TERM DATE.......: 08-23-2026
TIME SERVED.....................: 6 MONTHS 1 DAYS
PERCENTAGE OF FULL TERM SERVED..: 16.4
PERCENT OF STATUTORY TERM SERVED: 19.2

PROJECTED SATISFACTION DATE.....: 01-29-2026
PROJECTED SATISFACTION METHOD...: FSA REL
WITH FSA CREDITS INCLUDED...: 40

REMARKS.......: V/S ASH 7-26-23 D/KNM.

G0000 TRANSACTION SUCCESSFULLY COMPLETED

ASHIF * INMATE EDUCATION DATA * 01-24-2024
PAGE 001 OF 001 * TRANSCRIPT * 10:59:38

REGISTER NO: 01219-506 NAME..: ELLIOTT FUNC: DIS
FORMAT.....: TRANSCRIPT RSP OF: ASH-ASHLAND FCI

------------------------- EDUCATION INFORMATION -------------------------

| FACL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| ASH | ESL HAS | ENGLISH PROFICIENT | 08-07-2023 0901 | CURRENT |
| ASH | GED HAS | COMPLETED GED OR HS DIPLOMA | 08-07-2023 0900 | CURRENT |

G0005 TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED

ASHIF * INMATE DISCIPLINE DATA * 01-24-2024
PAGE 001 OF 001 * CHRONOLOGICAL DISCIPLINARY RECORD * 10:59:48

REGISTER NO: 01219-506 NAME..: ELLIOTT, JAMES ROBERT
FUNCTION...: DIS FORMAT: CHRONO LIMIT TO ___ MOS PRIOR TO 01-24-2024
RSP OF: ASH-ASHLAND FCI

G5401 DISCIPLINE DATA DOES NOT EXIST FOR THIS INMATE

# FSA Time Credit Assessment

Register Number:01219-506, Last Name:ELLIOTT

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

Register Number....: 01219-506
Inmate Name
Last.............: ELLIOTT
First............: JAMES
Middle...........: ROBERT
Suffix...........:
Gender.............: MALE
Start Incarceration: 07-26-2023

Responsible Facility: ASH
Assessment Date.....: 12-30-2023
Period Start/Stop...: 07-26-2023 to 12-30-2023
Accrued Pgm Days....: 142
Disallowed Pgm Days.: 15
FTC Towards RRC/HC..: 0
FTC Towards Release.: 40
Apply FTC to Release: Yes

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 07-26-2023 | 08-10-2023 | disallow | 15 |

**Incomplete needs assessment**

**Missing Need Area(s)**

Anger/Hostility
Antisocial Peers
Cognitions
Family/Parenting

| Facility | Category | Assignment | Start | Stop |
|---|---|---|---|---|
| ASH | FSA | N-ANGER R | 07-30-2023 0000 | 08-09-2023 1326 |
| ASH | FSA | N-ANTISO R | 07-30-2023 0000 | 08-09-2023 1326 |
| ASH | FSA | N-COGNTV R | 07-30-2023 0000 | 08-09-2023 1326 |
| ASH | FSA | N-FM/PAR R | 07-30-2023 0000 | 08-09-2023 1326 |

---

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 08-10-2023 | 12-30-2023 | accrue | 142 |

Accrued Pgm Days...: 142
Carry Over Pgm Days: 0
Time Credit Factor.: 10
Time Credits.......: 40

**--- FSA Assessment ---**

| # | Start | Stop | Status | Risk Assignment | Risk Asn Start | Factor |
|---|---|---|---|---|---|---|
| 001 | 07-26-2023 | 08-23-2023 | ACTUAL | FSA R-LW | 08-07-2023 0735 | 10 |
| 002 | 08-23-2023 | 02-19-2024 | ACTUAL | FSA R-LW | 08-09-2023 1326 | 10 |



# Individualized Needs Plan - Program Review (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: ELLIOTT, JAMES ROBERT 01219-506

SEQUENCE: 02268058
Team Date: 01-24-2024

Facility: ASH ASHLAND FCI
Name: ELLIOTT, JAMES ROBERT
Register No.: 01219-506
Age: 26
Date of Birth: [redacted]

Proj. Rel. Date: 01-29-2026
Proj. Rel. Mthd: FIRST STEP ACT RELEASE
DNA Status: ASH05247 / 07-31-2023

## Detainers

| Detaining Agency | Remarks |
|---|---|

*NO DETAINER*

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| ASH | COMM CLK | COMMISSARY CLERK | 11-22-2023 |

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| ASH | ESL HAS | ENGLISH PROFICIENT | 08-07-2023 |
| ASH | GED HAS | COMPLETED GED OR HS DIPLOMA | 08-07-2023 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|

*NO COURSES*

## Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

*** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ***

## Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 08-02-2023 |
| CARE1-MH | CARE1-MENTAL HEALTH | 07-28-2023 |

## Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| C19-QUAR | COVID-19 QUARANTINED | 12-20-2021 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 09-07-2023 |
| YES F/S | CLEARED FOR FOOD SERVICE | 09-07-2023 |

## Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP REFER | DRUG ABUSE PROGRAM REFER | 08-24-2023 |
| ED WAIT HX | DRUG EDUCATION WAIT-RQ HIST | 08-07-2023 |

## FRP Payment Plan

Most Recent Payment Plan

**FRP Assignment:** **PART** **FINANC RESP-PARTICIPATES** **Start: 08-10-2023**

Inmate Decision: **AGREED** **$2,050.00** Frequency: **SINGLE**

Payments past 6 months: **$50.00** Obligation Balance: **$2,050.00**

### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $50.00 | IMMEDIATE | AGREED |

| Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
|---|---|---|---|---|---|
| | 12-09-2023 | ASH | PAYMENT | INSIDE PMT | $25.00 |
| | 09-12-2023 | ASH | PAYMENT | INSIDE PMT | $25.00 |

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 2 | REST FV | $2,000.00 | $2,000.00 | IMMEDIATE | AGREED |

*** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ***

## FRP Deposits

## FSA Recidivism Risk Assessment (PATTERN 01.03.00)

**Register Number:01219-506, Last Name:ELLIOTT**

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| Register Number: 01219-506 | Risk Level Inmate.:..: R-LW |
| Inmate Name | General Level......: R-LW (25) |
| Last.........: ELLIOTT | Violent Level......: R-LW (18) |
| First........: JAMES | Security Level Inmate: LOW |
| Middle.......: ROBERT | Security Level Facl..: LOW |
| Suffix.......: | Responsible Facility.: ASH |
| Gender.........: MALE | Start Incarceration..: 07/26/2023 |

**PATTERN Worksheet Summary**

| Item | - Value | - General Score | - Violent Score |
|---|---|---|---|
| Current Age | 26 | 28 | 16 |
| Walsh w/Conviction | FALSE | 0 | 0 |
| Violent Offense (PATTERN) | TRUE | 5 | 7 |
| Criminal History Points | 0 | 0 | 0 |
| History of Escapes | 0 | 0 | 0 |
| History of Violence | 0 | 0 | 0 |
| Education Score | HighSchoolDegreeOrGED | -2 | -2 |
| Drug Program Status | NoNeed | -6 | -3 |
| All Incident Reports (120 Months) | 0 | 0 | 0 |
| Serious Incident Reports (120 Months) | 0 | 0 | 0 |
| Time Since Last Incident Report | N/A | 0 | 0 |
| Time Since Last Serious Incident Report | N/A | 0 | 0 |
| FRP Refuse | FALSE | 0 | 0 |
| Programs Completed | 0 | 0 | 0 |
| Work Programs | 0 | 0 | 0 |
| | Total | 25 | 18 |

**PATTERN Worksheet Details**

Item: Programs Completed, Value: 0
General Score: 0, Violent Score: 0
Risk Item Data
No Data

---

Item: Work Programs, Value: 0
General Score: 0, Violent Score: 0
Risk Item Data
No Data



**Individualized Needs Plan - Program Review (Inmate Copy)**

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: ELLIOTT, JAMES ROBERT 01219-506

SEQUENCE: 02268058
Team Date: 01-24-2024

Trust Fund Deposits - Past 6 months: $4,571.85 Payments commensurate ? N/A

New Payment Plan: ** No data **

**Current FSA Assignments**

| Assignment | Description | Start |
|---|---|---|
| FTC ELIG | FTC-ELIGIBLE - REVIEWED | 08-07-2023 |
| N-ANGER Y | NEED - ANGER/HOSTILITY YES | 10-03-2023 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 10-03-2023 |
| N-COGNTV N | NEED - COGNITIONS NO | 10-03-2023 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 08-22-2023 |
| N-EDUC N | NEED - EDUCATION NO | 10-03-2023 |
| N-FIN PV Y | NEED - FINANCE/POVERTY YES | 10-03-2023 |
| N-FM/PAR Y | NEED - FAMILY/PARENTING YES | 10-03-2023 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 10-03-2023 |
| N-MEDICL N | NEED - MEDICAL NO | 10-03-2023 |
| N-RLF Y | NEED - REC/LEISURE/FITNESS YES | 10-03-2023 |
| N-SUB AB Y | NEED - SUBSTANCE ABUSE YES | 10-03-2023 |
| N-TRAUMA N | NEED - TRAUMA NO | 10-03-2023 |
| N-WORK N | NEED - WORK NO | 10-03-2023 |
| R-LW | LOW RISK RECIDIVISM LEVEL | 10-03-2023 |

**Progress since last review**

Completed A&O and the questionnaire for all needs, as recommended.
Obtained a work detail in Commissary.

**Next Program Review Goals**

Recommend you complete Drug Education and complete the Drug Abuse Program, prior to next review, you are on the waiting list.

**Long Term Goals**

Recommend you complete Anger Management and complete the Release Preparation Program, prior to January 2025, you are on the waiting list.

**RRC/HC Placement**

No.
Management decision - Will review 17-19 months prior to release.

**Comments**

Financial Need
Relocation of Supervision Request Submitted.