To the Court

Over the course of my sentence I have had alot of time to think back and reflect on my actions and I honestly do regret the part that I played in the riot on 01/06/2021. Through this whole experience I have used it to put my priorities back where they should have been all along and when I return to my family I plan to pour all of my energy into raiseing my kids right and makeing sure that I am there and STAY there to instill them with good values and a faith that is strong enough to stand against lifes many trials. Also to my wife, she deserves so much more then a simple man like me can give her but she has stood strong in these hard few months and is staying by me despite it all. My absence has left my family with a hole not only physicaly but finacialy And I am ashamed that they have to carry it all without me because of my recklessness in 2021. I am doing well in keeping my promise to the court by doing my prison time right and doing my absolute best at staying out of trouble. I have done the best in my ability to accept the consequences of my actions and take accountability by making the most of my time here. I have been trying to better myself physicaly, mentaly and spiritualy and generaly try and make sure I leave better then I arrived. I have signed up for every program I can, I helped paint my unit and worked land-scapeing for awhile befor being blessed with a job with trustfund as a commissary clerk. I was even able to get my fine paid off with help from my family in selling one of my cars back home.

Im praying you consider approveing my motion, I have learned my lesson and my family needs me now more then ever.

Thank you for your time

Sincerly - James Robert Elliott, Sr.